

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-19,518-13 & WR-19,518-14

### EX PARTE RAY HIGHTOWER, JR. , Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. 353-D & 354-D IN THE 350TH DISTRICT COURT FROM TAYLOR COUNTY

*Per curiam.*

## O R D E R

Applicant filed these applications for writs of habeas corpus in the county of conviction, and after a remand, the district clerk returned the writ applications to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). However, the record forwarded to this Court appears to be incomplete as it does not contain amended Article 11.07 applications, briefs, and attached exhibits allegedly filed by Applicant in February 2019.

The district clerk shall either forward the amended 11.07 habeas corpus applications and briefs to this Court or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: February 14, 2020
Do not publish